December 22, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, Appellant

NO. 14-11-00494-CV                    V.

CALVIN ATKINS AND LEONARD WALKER, Appellees
_____

This cause, an appeal from the judgment in favor of appellees, Calvin Atkins and Leonard Walker, signed May 20, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Metropolitan Transit Authority of Harris County, to pay all costs incurred in this appeal.  We further order this decision certified below for observance.